ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
P. GREG PARHAM
California Bar No. 140310
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-6528
    Facsimile:  (213) 894-7177
    E-mail: Greg.Parham@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>$32,791.00 IN U.S. CURRENCY,<br><br>            Defendant.<br>_____<br><br>ELVIS ALVAREZ,<br><br>            Claimant.<br>_____ | NO.  CV 10-4914 RGK(RZx)<br><br>**CONSENT JUDGMENT OF FORFEITURE**<br><br>JS-6 |

This action was filed on July 2, 2010.  Notice was given and

published in accordance with law.  Claimant Elvis Alvarez

("claimant") filed a statement of interest and answer on September

7 and 27, 2010, respectively.  Plaintiff and claimant have reached an agreement that is dispositive of the action.  The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1.   This Court has jurisdiction over the parties and the subject matter of this action.

2.   Notice of this action has been given in accordance with law. All potential claimants to the defendant $32,791.00 in U.S. Currency ("defendant currency") other than claimant are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3.   The United States of America shall have judgment as to $22,791.00 of the defendant currency, plus all interest earned by the government on the full amount of the defendant currency, and no other person or entity shall have any right, title or interest therein.  The United States Marshals Service is ordered to dispose of said assets in accordance with law.

4.   $10,000.00 of the defendant currency, without any interest earned by the government on that amount, shall be paid to claimant not later than sixty (60) days from the date of the entry of this judgment by electronic transfer directly into Banco Popular North America account number xxxxxx4459 entitled "L. Ciro Sappeto, Attorney at Law, Attorney Client Trust Account."  Claimant's counsel agrees to provide appropriate financial institution account information within 10 days

1  of execution of this consent judgment.

2  5.  Claimant hereby releases the United States of America,

3  its agencies, agents, and officers, including employees

4  and agents of the Drug Enforcement Administration and Los

5  Angeles County Sheriffs Department, from any and all

6  claims, actions or liabilities arising out of or related

7  to this action, including, without limitation, any claim

8  for attorney's fees, costs or interest which may be

9  asserted on behalf of the claimant, whether pursuant to

10  28 U.S.C. § 2465 or otherwise.

11  6.  The court finds that there was reasonable cause for the

12  seizure of the defendant currency and institution of

13  these proceedings.  This judgment shall be construed as

14  a certificate of reasonable cause pursuant to 28 U.S.C.

15  § 2465.

16  7.  The Court retains jurisdiction over this case and the

17  parties hereto to effectuate the terms of this Consent

18  Judgment.

19  Dated:  April 13, 2011

20  _____

21  THE HONORABLE R. GARY KLAUSNER
   UNITED STATES DISTRICT JUDGE

22

23

24

25

26  **[Signatures of counsel appear on the next page.]**

27

28

3

1    **Approved as to form and content:**

2    Dated: April     , 2011        ANDRÉ BIROTTE JR.
                                    United States Attorney
3                                   ROBERT E. DUGDALE
                                    United States Attorney
4                                   Chief, Criminal Division
                                    STEVEN R. WELK
5                                   Assistant United States Attorney
                                    Chief, Asset Forfeiture Section
6
                                    _____
7                                   P. GREG PARHAM
                                    Assistant United States Attorney
8                                   Asset Forfeiture Section

9                                   Attorneys for Plaintiff
                                    United States of America
10

11   Dated: April       , 2011

12                                  _____
                                    LIONEL CIRO SAPETTO
13                                  Attorney for Claimant
                                    ELVIS ALVAREZ

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28